Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiff*
Michael Barco

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARCO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENVENISTE INSURANCE,<br><br>　　　　　Defendant. | **Case No.: 2:18-cv-07754-CBM (KSx)**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the putative class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 20, 2019 for filing a request for dismissal.

Respectfully submitted,

Date: July 23, 2019         **HYDE & SWIGART, APC**

By: _s/ Yana A. Hart_
Yana A. Hart
*Attorneys for Plaintiff*