UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    JS-6

| Case No. | **CV 18- 7754-CBM(KSx)** | Date | SEPTEMBER 23, 2019 |
|---|---|---|---|

| Title | MICHAEL BARCO v. BENVENISTE INSURANCE, ET AL., |
|---|---|

| Present: The Honorable | CONSURLO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER AND NOTICE TO ALL PARTIES**

On July 24, 2019, the Court issued an order giving the parties time to file their dismissal order by September 20, 2019, in light of the parties settlement.  As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. [JS-6]

IT IS SO ORDERED.

cc: all parties